UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Society Insurance

                Plaintiff,

v.                                            Case No.: 1:21−cv−00582
                                                            Honorable John Z. Lee

Food Movers Two Limited Partnership, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 4, 2021:

      MINUTE entry before the Honorable John Z. Lee: Defendant's unopposed motion to dismiss under Rule 12(b)(1) for lack of subject−matter jurisdiction [29] is granted. The motion points out that there is not complete diversity of citizenship between Plaintiff and Defendant, and thus no diversity jurisdiction under 28 U.S.C. § 1332(a)(1), on which this case is premised. Accordingly, this case is dismissed without prejudice. See, e.g., Murray v. Conseco, Inc., 467 F.3d 602, 605 (7th Cir. 2006). Civil case terminated.(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.